UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-24250-ALTMAN

**ZENAIDA JOSEFINA FALCON**, *et al.*,

    *Plaintiffs*,

v.

**BANK OF AMERICA, NA**,

    *Defendant*.

_____/

**ORDER OF RECUSAL**

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers the matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Miami, Florida, this 7th day of December 2021.

                                              **ROY K. ALTMAN**
                                              UNITED STATES DISTRICT JUDGE

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** DARRIN P. GAYLES.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

21-CV-24250-GAYLES/TORRES

**BY ORDER** of the Court this ___8th___ day of December 2021.

ANGELA E. NOBLE  
Clerk of Court

By:

/s/Yvette Y. Alexander

copies provided to:  
counsel of record  
Clerk of Court